**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 10-283(1) (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jeff NMN Parker, | |
| Defendant. | |

Andrew R. Winter, Esq., Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Manvir K. Atwal, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

This matter is before the Court upon Defendant Jeff Parker's ("Defendant") objections to Chief Magistrate Judge Arthur J. Boylan's Report and Recommendation dated December 10, 2010, insofar as it recommends that: (1) Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure be denied; and (2) Defendant's Motion to Suppress Statements, Admissions and Answers be denied. Specifically, the Defendant objects to the finding that the firearm should not be suppressed.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local

Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

### ORDER

1. Defendant Jeff Parker's objections (Doc. No. [27]) to Chief Magistrate Judge Arthur J. Boylan's Report and Recommendation dated December 10, 2010, are **DENIED**.

2. Chief Magistrate Judge Arthur J. Boylan's Report and Recommendation dated December 10, 2010 (Doc. No. [26]), is **ADOPTED**.

3. Defendant Jeff Parker**'s** Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **DENIED** (Doc. No. [15]).

4. Defendant Jeff Parker's Motion to Suppress Statements, Admissions and Answers is **DENIED** (Doc. No. [16]).

Dated: December 30, 2010          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge